FILED
CLERK, U.S DISTRICT COURT
APR 23 2014
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA-WESTERN DIVISION

| | |
|---|---|
| 3192 West 7th Street, LLC., <br><br> Plaintiff, <br><br> v. <br><br> PAUL BAVER, or CHRIS RYAN LEGAL dba OCCUPY LOS ANGELES, et al., <br><br> Defendants. | CV 14-01543-UA (SH) <br><br> ORDER SUMMARILY REMANDING IMPROPERLY REMOVED ACTION |

  The Court will remand this action to state court summarily because defendant removed it improperly.

  On February 28, 2014, defendant lodged a Notice of Removal of Los Angeles Superior Court Case 14U01365. However, defendant did not lodge a copy of that Complaint. Defendant also presented an application to proceed *in forma pauperis*. The Court has denied the latter application under separate cover because the action was not property removed. To prevent the action from remaining in

1

jurisdictional limbo, the Court issues this order to remand the action to state court.

Defendant does not competently allege facts supplying either diversity or federal question jurisdiction, and therefore removal is improper. 28 U.S.C. § 1441(a); see *Exxon Mobil Corp v. Allapattah Svcs., Inc.*, 545 U.S. 546, 563, 125 S.Ct. 2611, 162 L.Ed.2d 502 (2005). Moreover, defendant has not provided the Court with a copy of the Superior Court Complaint.

Accordingly, IT IS ORDERED that: 1) this matter is REMANDED to the Superior Court of California, Los Angeles County, for lack of subject matter jurisdiction pursuant to 28 U.S.C. § 1447(c); (2) the Clerk serve copies of this Order on the defendant.[1]

IT IS SO ORDERED.

DATED: 4/22/14

_____
GEORGE H. KING
CHIEF UNITED STATES DISTRICT JUDGE

---

[1] The Court is unable to determine the appropriate County Courthouse, since defendant did not proivde a copy of the Complaint.